# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ARTIS LAMAR GRAHAM, ) <br> ) <br> Defendant. ) | Case No.: 2:16-cr- 29 <br><br> ORDER FOR ISSUANCE OF <br> WRIT OF HABEUS CORPUS <br> AD PROSEDUENDUM FOR <br> ARTIS LAMAR GRAHAM <br> (ID#) 01193284 |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **ARTIS LAMAR GRAHAM** before the United States District Court at Las Vegas, Nevada, on or about Thursday, 2/11/16, PAL, Courtroom 3B _____, at the hour of 3:00 p.m. for arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: February 2, 2016

_____
UNITED STATES MAGISTRATE JUDGE

DANIEL G. BOGDEN
United States Attorney
District of Nevada
ALEXANDRA MICHAEL
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada 89101
702-388-6336

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ARTIS LAMAR GRAHAM, )<br>)<br>Defendant. )<br>) | Case No.: 2:16-cr-29<br><br>PETITION FOR WRIT OF HABEUS CORPUS AD PROSEDUENDUM FOR ARTIS LAMAR GRAHAM<br>(ID#) 01193284 |

The petition of the United States Attorney for the District of Nevada respectfully shows that **ARTIS LAMAR GRAHAM**, is committed by due process of law in the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, that it is necessary that the said **ARTIS LAMAR GRAHAM** be temporarily released under a Writ of Habeas Corpus Ad Prosequendum so that the said **ARTIS LAMAR GRAHAM** may be present before the United States District Court for the District of Nevada, Las Vegas, Nevada, on Thursday, 2/11/16 PAL, Courtroom 3B, at the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter until excused by the said Court.

1  That the presence of the said **ARTIS LAMAR GRAHAM** before the United States
2  District Court on or about ___Thursday, 2/11/16___ ___PAL, Courtroom 3B___, at the hour of 3:00 p.m., for
3  arraignment and from time to time and day to day thereafter until excused by the Court has been
4  ordered by the United States Magistrate or District Judge for the District of Nevada.

5  WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad
6  Prosequendum issue out of this Court, directed to the Warden, Clark County Detention Center,
7  Las Vegas, Nevada, and to the United States Marshal for the District of Nevada, commanding
8  them to produce the said **ARTIS LAMAR GRAHAM** before the United States District Court
9  on or about ___Thursday, 2/11/16___ ___PAL, Courtroom 3B___, at the hour of 3:00 p.m., for arraignment and
10 from time to time and day to day thereafter, at such times and places as may be ordered and
11 directed by the Court entitled above, to appear before the Court, and when excused by the said
12 Court, to be returned to the custody of the Warden, Clark County Detention Center, Las Vegas,
13 Nevada.

14  DATED this 2nd day of February, 2016.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

*/s/ Alexandra Michael*
ALEXANDRA MICHAEL
Assistant United States Attorney