RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
ROBERT E. O'BRIEN
Assistant Federal Public Defender
Nevada State Bar No. 10944
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Robert_OBrien@fd.org

Attorney for Artis Lamar Graham

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARTIS LAMAR GRAHAM,<br><br>Defendant. | Case No. 2:16-cr-00029-APG-VCF<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Stephanie Ihler, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Robert E. O'Brien, Assistant Federal Public Defender, counsel for Artis Lamar Graham, that the Revocation Hearing currently scheduled on March 4, 2020, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. The parties are currently in the process of resolving this case as part of a global negotiation.

2. In the event that the revocation hearing does go forward, counsel for the defense needs additional time to investigate this matter in order to be effective in his representation.

3. The defendant is in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the third request for a continuance of the revocation hearing.

DATED this 25th day of February, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By */s/ Robert E. O'Brien*<br>ROBERT E. O'BRIEN<br>Assistant Federal Public Defender | By */s/ Stephanie Ihler*<br>STEPHANIE IHLER<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ARTIS LAMAR GRAHAM,<br><br>    Defendant. | Case No. 2:16-cr-00029-APG-VCF<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for March 4, 2020 at 9:30 a.m., be vacated and continued to May 12, 2020 at 1:30 p.m. at in courtroom 6C.

DATED this 26th day of February, 2020.

_____
UNITED STATES DISTRICT JUDGE