# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ARTIS LAMAR GRAHAM, III,<br><br>　　　　Defendant. | Case No.: 2:16-cr-00029-APG-VCF<br><br>**Order**<br><br>(Docket No. 62) |

　　　　Pending before the Court is Defendant Artis Lamar Graham III's motion to treat his emergency supplemental motion to reopen detention as an emergency motion. Docket No. 62. *See also* Docket No. 60 (emergency supplemental motion to reopen detention). The Court has issued a standing order regarding motions to reopen detention due to the COVID-19 pandemic that sets forth requirements for what must be included in any motion filed as well as a briefing schedule for motions. *See* https://www.nvd.uscourts.gov/wp-content/uploads/2020/03/NJK-standing-order.pdf. Accordingly, the instant motion is unnecessary.

　　　　In reviewing Defendant's motion to reopen detention at Docket No. 60, however, the Court notes that Defendant has failed to comply with the Court's standing order. Therefore, no later than April 23, 2020, counsel must file a supplemental declaration describing the meet and confer efforts taken by the parties prior to the filing of the motion. Further, counsel must file a supplement (which may be part of the declaration if counsel so chooses), stating whether Defendant agrees to waive his appearance at any hearing set by the Court on the motion or if he consents to be present by videoconference.

　　　　Once Defendant's motion is complete, the briefing schedule must comply with the Court's standing order. Therefore, the United States must respond to the motion no later than April 27, 2020. Any reply must be filed no later than April 29, 2020.

Accordingly,

IT IS ORDERED that Defendant's motion to treat his emergency supplemental motion to reopen detention as an emergency motion is **DENIED** as unnecessary. Docket No. 62.

IT IS FURTHER ORDERED that, no later than April 23, 2020, Defendant must supplement his motion at Docket No. 60 to comply with the requirements in the Court's standing order.

IT IS FURTHER ORDERED that the United States shall file its response to Defendant's motion at Docket No. 60 no later than April 27, 2020. Any reply shall be filed no later than April 29, 2020.

IT IS SO ORDERED.

DATED: April 21, 2024.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE