RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
ROBERT E. O'BRIEN
Assistant Federal Public Defender
Nevada State Bar No. 10944
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Robert_OBrien@fd.org

Attorney for Artis Lamar Graham

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    v.<br><br>ARTIS LAMAR GRAHAM,<br><br>          Defendant. | Case No. 2:16-cr-00029-APG-VCF<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Fourth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Stephanie Ihler, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Robert E. O'Brien, Assistant Federal Public Defender, counsel for Artis Lamar Graham, that the Revocation Hearing currently scheduled on March 13, 2020, be vacated and continued to a date and time convenient to the Court, but no sooner than ten (10) days.

This Stipulation is entered into for the following reasons:

1. Artis Graham filed a Supervised Release Revocation Memorandum on May 11, 2020, two days prior to the current scheduled date for the supervised release revocation hearing.

2. The government would like a fair opportunity to respond to the contents of Mr. Graham's supervised release memorandum. As a result, the government requests a short continuance of at least ten days to file a response.

3. The defendant is in custody on this case and another pending matter.

4. The parties agree to the continuance.

This is the fourth request for a continuance of the revocation hearing.

DATED this 12th day of May, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By /s/ Robert E. O'Brien<br>ROBERT E. O'BRIEN<br>Assistant Federal Public Defender | By /s/ Stephanie Ihler<br>STEPHANIE IHLER<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>ARTIS LAMAR GRAHAM,<br><br>   Defendant. | Case No. 2:16-cr-00029-APG-VCF<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for May 13, 2020 at 11:00 a.m., be vacated and continued to May 27, 2020 at the hour of 9:30 a.m. in Courtroom 6C.

   DATED this 12th day of May, 2020.

                                                                    _____
                                                                    UNITED STATES DISTRICT JUDGE

3