RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Rebecca_Levy@fd.org

Attorney for Artis Lamar Graham

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00029-APG-VCF |
| Plaintiff, | **STIPULATION TO CONTINUE** |
| v. | **REVOCATION HEARING** |
| ARTIS LAMAR GRAHAM, | (First Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Kimberly Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Artis Lamar Graham, that the Revocation Hearing currently scheduled on August 24, 2023 at 9:00 a.m., be vacated and continued to August 30, 2023 at 2:30 p.m. or a date and time convenient to the Court.

This Stipulation is entered into for the following reasons:

1.     Defense counsel requires additional time to prepare, investigate, and discuss the case with her client.  Additionally, the parties have a proposed resolution of this case and case 2:19-cr-00291-JCM-NJK.

2.     The defendant is in custody and agrees with the need for the continuance.

3.      The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 10th day of August 2023.


RENE L. VALLADARES                          JASON M. FRIERSON
Federal Public Defender                     United States Attorney


    */s/ Rebecca A. Levy*                        */s/ Kimberly Frayn*
By_____      By_____
REBECCA A. LEVY                             KIMBERLY FRAYN
Assistant Federal Public Defender           Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ARTIS LAMAR GRAHAM,<br><br>        Defendant. | Case No. 2:16-cr-00029-APG-VCF<br><br>**ORDER** |

   IT IS ORDERED that the revocation hearing currently scheduled for Thursday, August 24, 2023, at 9:00 a.m., be vacated and continued to August 30, 2023, at the hour of 2:30 p.m.

   DATED this 11th day of August 2023.

_____

UNITED STATES DISTRICT JUDGE

3